```
               UNITED STATES DISTRICT COURT
                        FOR THE
                   DISTRICT OF VERMONT
```

Danielle Champney LuCus,         :
    Plaintiff,               :
                              :
  v.                            : File No. 2:06-CV-169
                              :
Angela K. Wengert,               :
    Defendant.               :

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed September 6, 2007.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

Defendant's motion to dismiss (Paper 7) is **DENIED**.

Dated at Burlington, in the District of Vermont, this 25th day of September, 2007.

                                        /s/ William K. Sessions III
                                        William K. Sessions III
                                        Chief Judge